UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Pro se litigant Sarah Nathreen Nakanwagi, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23-CV-13118-AK |
| v. | ) ) | |
| United States Postal Services, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 21] entered on 4/22/25, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 4/22/2025                                                                                          By the Court,

/s/ Courtney Horvath
Deputy Clerk